## Anna Marie Piacente, Appellant, v. Illinois Central Railroad Company, Appellee.

Gen. No. 46,436.

First District, Third Division.

December 29, 1954.

Rehearing denied January 21, 1955.

Released for publication January 27, 1955.

Silvio E. Piacenti, Marion J. Hannigan, Edward Wolfe, for appellant; Edward Wolfe, of counsel; Herbert J. Deany, Erle J. Zoll, Jr., Charles I. Hopkins, Jr., and Robert S. Kirby, for appellee; Joseph H. Wright, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.